Benjamin S. Adamowski, Corporation Counsel, and Theodore Schmidt, P. J. Cronin and Harry I. Parsons, for appellants; L. Louis Karton, Head of Appeals and Review Division, Louis H. Geiman, Adam E. Patterson, Assistant Corporation Counsel and Fay Warren Johnson, of counsel; Robert J. Rafferty and Edwin L. Bennett, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed December 29, 1949; rehearing denied January 11, 1950; released for publication January 23, 1950.

## Julius B. Richmond, Administrator of Estate of Jacob Richmond, Deceased, Appellant, v. Emma Stamm et al., Appellees.

### Gen. No. 44,548.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Frank F. Trunk, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed December 29, 1949; rehearing denied January 12, 1950; released for publication January 23, 1950.